# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANA MCDADE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, A GEORGIA LIMITED LIABILITY COMPANY, and NAVIENT CORPORATION, A FOREIGN CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-cv-03509-ELR-AJB |

## STIPULATION OF DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Shana McDade ("Plaintiff"), and Defendant Navient Solutions, LLC, misidentified as "Navient Corporation" ("NSL") hereby jointly stipulate to the dismissal of NSL with prejudice. This Stipulation shall have no bearing on the parties named in Plaintiff's Amended Complaint, and shall only apply to NSL.

Respectfully submitted this 19th day of January, 2021.

| **CREDIT REPAIR LAWYERS OF AMERICA** | **PARKER, HUDSON, RAINER & DOBBS LLP** |
|---|---|
| */s/ Daniel M. Brennan (w/ express permission* <br> Daniel M. Brennan <br> Georgia Bar No. 271142 <br> 3355 Lenox Road NE #750 <br> Atlanta, GA 30326 <br> (404) 591-6680 <br> *Attorneys for Plaintiff* <br>  *Shana McDade* | */s/ Kathleen B. Hicks* <br> Nancy H. Baughan <br> Georgia Bar No. 042575 <br> Kathleen B. Hicks <br> Georgia Bar No. 587883 <br> 303 Peachtree Street, NE, Suite 3600 <br> Atlanta, Georgia 30308 <br> khicks@phrd.com <br> Telephone:  (404) 523-5300 <br> Facsimile:  (404) 522-8409 <br> *Attorneys for Defendant,* <br> *Navient Solutions, LLC* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STIPULATION OF DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC** has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

This 19th day of January, 2021.

*/s/ Kathleen B. Hicks*
Kathleen B. Hicks

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANA MCDADE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, LLC, A GEORGIA )<br>LIMITED LIABILITY )<br>COMPANY, and NAVIENT )<br>CORPORATION, A FOREIGN )<br>CORPORATION, )<br>)<br>   Defendants. ) | **CIVIL ACTION NO.**<br>**1:20-cv-03509-ELR-AJB** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **STIPULATION OF DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record in this action.

This 19th day of January, 2021.

   */s/ Kathleen B. Hicks*
   Kathleen B. Hicks

6768600.v1