# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Shana McDade,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-03509-ELR-AJB<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

　　　NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: March 24, 2021

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: /s/ Daniel M. Brennan
　　　　　　　　　　　　　　　　　Daniel M. Brennan-Bar No-27114
　　　　　　　　　　　　　　　　　222142 West Nine Mile Road
　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　Telephone: (248) 353-2882
　　　　　　　　　　　　　　　　　Facsimile: (248) 353-4840
　　　　　　　　　　　　　　　　　E-Mail: Daniel@crlam.com

## PROOF OF SERVICE

I, Daniel M. Brennan, hereby state that on March 24, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

<u>/s/ Daniel M. Brennan</u>

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: March 24, 2021