IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANA MCDADE, | Case No.: 1:20-cv-03509-ELR-AJB |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| EQUIFAX INFORMATION SERVICES LLC, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant Equifax Information Services LLC and without attorney's fees or costs to either party.

Dated this 20th day of January, 2022.

Respectfully submitted,

By: */s/ Daniel M. Brennan*
Daniel M. Brennan
Bar Number 271142
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
E-Mail: Daniel@crlam.com
*Attorney for Plaintiff*
*Shana McDade*

By: *Christine Kapur*
Attorney Bar Number: 197008
Equifax Legal Department
Legal Counsel – Litigation
1550 Peachtree St. NW
Atlanta, Georgia 30309
Tel: (404) 885-8066
Email:  Christine.kapur@equifax.com
*Attorney for Defendant*
*Equifax Information Services LLC*

By: *Tiffany Mallory Moore*
Attorney Bar Number: 744522
Assistant United States Attorney
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Tel: (404) 581-6000
Email:  Tiffany.Moore2@usdoj.gov
*Attorney for Defendant*
*United States Department of Education*

<u>PROOF OF SERVICE</u>

I, Daniel M. Brennan, hereby state that on January 20, 2022, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

*/s/ Daniel M. Brennan*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHANA MCDADE,

        Plaintiff,

   vs.

EQUIFAX INFORMATION SERVICES
LLC, et al.,

        Defendants.

Case No.: 1:20-cv-02853-CAP-JKL

## ORDER OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC

Plaintiff Shana McDade have announced to the Court that all matters in controversy against Equifax Information Services LLC have been resolved.  A Stipulation of Dismissal with Prejudice of Equifax Information Services LLC has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice of Equifax Information Services LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Shana McDade against Defendant Equifax Information Services LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this ___ day of January, 2022.

_____
THE HONORABLE DISTRICT JUDGE